Entered on Docket
July 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 20, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 23-30259 HLB
                                    )
GAIL SUZZANNE MARIE TEYMOURIAN,     ) Chapter 11
                                    )
                Debtor.             )
_____)

**ORDER DISMISSING CASE WITH PREJUDICE**

This case came before the court on July 20, 2023 for a hearing on the court's Order to Show Cause.[1] Timely responses to the OSC were filed by Debtor Gail Suzzanne Marie Teymourian;[2] Paladin Funding, Inc.;[3] and Dakota Note LLC and Natural Software Systems, Inc. Money Purchase Pension Plan.[4] An untimely response was filed without leave of court by alleged creditor Hu-HanTwo LLC.[5] Appearances were as noted on the record.

---

[1] Dkt. 53 (the "OSC").

[2] Dkt. 60.

[3] Dkt. 57.

[4] Dkt. 58.

[5] Dkt. 63, with supporting Declaration of Michael B. Lubic (Dkt. 64).

-1-

For the reasons stated in the OSC, as well as the findings and conclusions stated on the record, the court **ORDERS** as follows:

**1.** This case is hereby ordered **DISMISSED WITH PREJUDICE.**

**2.** For a period of two years from the date of entry of this order, Debtor Gail Suzzanne Marie Teymourian is **BARRED** from being a debtor in a case filed under Title 11 of the United States Code (the "Bankruptcy Code"). This prohibition shall apply in every bankruptcy court in the United States.

**3.** Should a bankruptcy case be filed by Ms. Teymourian or should a bankruptcy case be filed on Ms. Teymourian's behalf – whether voluntary or involuntary – in contravention of this order, no automatic stay shall take effect and the case may be dismissed without notice or hearing.

**\*\*END OF ORDER\*\***

**Court Service List**